UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOFRONTERA AG,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BALATON AG, DELPHI UNTERNEHMENSBERATUNG AG, VV BETEILIGUNGEN AG, ABC BETEILIGUNGEN AG, DEUTSCHE BALATON BIOTECH AG, and WILHELM KONRAD THOMAS ZOURS,<br><br>Defendants. | Civil Action No.: 1:18-cv-5237 (LAP)<br><br>**STIPULATION AND ORDER OF DISMISSAL**  |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, and in accordance with the terms of their November 19, 2021 agreement, that the claims asserted by Plaintiff in this action are withdrawn by mutual agreement and that this action is dismissed with prejudice. This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: December 17, 2021

McGUIREWOODS LLP

By: _____
Jeffrey J. Chapman
Aaron F. Jaroff
Lindsay Brandt Jakubowitz
1251 Avenue of the Americas, 20th Fl.
New York, New York 10020
212-548-2100
jchapman@mcguirewoods.com
ajaroff@mcguirewoods.com
ljakubowitz@mcguirewoods.com

*Attorneys for Plaintiff
Biofrontera AG*

Dated: December 17, 2021

FAEGRE DRINKER BIDDLE & REATH LLP

By: _____
Marsha J. Indych
1177 Avenue of the Americas, 41st Fl.
New York, New York 10036
212-248-3140
marsha.indych@faegredrinker.com

Daniel J. Delaney
191 N. Wacker Drive, Ste. 3700
Chicago, Illinois 60606
312-569-1000
daniel.delaney@faegredrinker.com

*Attorneys for Defendants*

*Deutsche Balaton AG, Delphi Unternehmensberatung AG, VV Beteiligungen AG, ABC Beteiligungen AG, Deutsche Balaton Biotech AG, and Wilhelm Konrad Zours*

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

December 20, 2021